**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFAN MAHALEY,<br><br>           Plaintiff,<br><br>     v.<br><br>BANK OF AMERICA, et al.,<br><br>           Defendants. | Case No. EDCV 12-00918 VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: July 10, 2012

_____
VIRGINIA A. PHILLIPS
United States District Judge